■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MORRIS WEISS, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on September 5, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Carro, Asch and Smith, JJ.

■ CHOCK 336 B'WAY OPERATING, INC., Appellant, v CO-MANCHE PROPERTIES, INC., et al., Respondents and Third-Party Plaintiffs. MOLLS GIFT AND CARD SHOP, INC., et al., Third-Party Defendants-Respondents.—Order, Supreme Court, New York County (Leonard Cohen, J.), entered on May 25, 1988, unanimously affirmed. Defendants-respondents and those third-party defendants-respondents submitting briefs shall recover of appellant one bill of $50 costs and disbursements of this appeal. A motion by plaintiff-appellant for a stay denied. No opinion. Concur—Sandler, J. P., Sullivan, Rosenberger, Ellerin and Wallach, JJ.